**Motion GRANTED and Order filed April 13, 2022.**



In The

# Fourteenth Court of Appeals

————————

NO. 14-22-00246-CV

————————

## IN RE COMMUNITYBANK OF TEXAS, N.A., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-25394**

---

## ORDER

On April 5, 2022, relator CommunityBank of Texas, N.A., filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Dedra Davis, Judge of the 270th District Court, in Harris County, Texas, to set aside her March 22, 2022 order granting real party in interest's motion for new trial, entered in trial court number 2021-25394, styled *CommunityBank of Texas v. John Bradley Mitchell*.

Relator has also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On April 6, 2022, relator asks this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** all proceedings in trial court cause number 2021-25394, *CommunityBank of Texas v. John Bradley Mitchell,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests John Bradley Mitchell, the real party-in-interest, to file a response to the petition for writ of mandamus on or before May 4, 2022. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel Consists of Justices Wise, Poissant, and Wilson.